**Appeal Nos. 2019AP820**
**2019AP821**

Cir. Ct. Nos. 2018TP91
2018TP92

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**NO. 2019AP820**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO K. T.,**
**A PERSON UNDER THE AGE OF 18:**

**DANE COUNTY DEPARTMENT OF HUMAN SERVICES,**

    **PETITIONER-RESPONDENT,**

  **V.**

**J. R.,**

    **RESPONDENT-APPELLANT.**

FILED

January 15, 2020

Sheila T. Reiff
Clerk of Court of Appeals

---

**NO. 2019AP821**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO J. T.,**
**A PERSON UNDER THE AGE OF 18:**

**DANE COUNTY DEPARTMENT OF HUMAN SERVICES,**

    **PETITIONER-RESPONDENT,**

  **V.**

**J. R.,**

    **RESPONDENT-APPELLANT.**

---

**ERRATA SHEET**

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty Street, Suite 700
Madison, WI 53703

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Court of Appeals District IV
Ten East Doty Street, Suite 700
Madison, WI 53703

Hon. Everett Mitchell
215 S. Hamilton St.
Madison, WI 53703

Colleen Marion
Assistant State Public Defender
P.O. Box 7862
Madison, WI 53707-7862

Eve M. Dorman
Dane County Corporation Counsel
210 Martin Luther King Jr. Blvd., #419
Madison, WI 53703-3345

Evelyn J. Mazack
P.O. Box 930244
Verona, WI 53593

PLEASE TAKE NOTICE that corrections were made to the above-captioned opinion (footnote 11 on page 23 has been removed, and the publication recommendation on page 25 has been changed), which was released on November 27, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.